2:11-cr-00175-01
12-9-2013

My name is Dominique Calhoun 10622-088 todays date is 12-9-2013. I am writing to the court clerk regarding to get a copy of my dockett sheet. I am at FCI Butner-1 in Butner, North Carolina

Dominique Calhoun
10622-088

DEC 13 2013
CHK
Southern District of West Virginia

Name: Dominique D. Calhoun 10622-088
Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

⇦10622-088⇨
Clerks Office
300 Virginia ST E
Suite 2400
Charleston, WV 25301
United States

2530125390O

