# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



| BLUEFIELD | CHARLESTON | HUNTINGTON | BECKLEY | PARKERSBURG |
|---|---|---|---|---|
| Room 2303 | Suite 2400 | Room 101 | Room 119 | Room 5102 |
| 601 Federal Street | 300 Virginia Street, East | 845 Fifth Avenue | 110 North Heber Street | 425 Juliana Street |
| Bluefield, WV 24701 | Charleston, WV 25301 | Huntington, WV 25701 | Beckley, WV 25801 | Parkersburg, WV 26101 |
| Please use street address above. | P. O. Box 2546 Charleston, WV 25329 | Please use street address above. | Please use street address above. | Please use street address above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

TERESA L. DEPPNER
CLERK OF COURT

www.wvsd.uscourts.gov                                                     Reply to: Charleston

December 17, 2013


Dominique D. Calhoun #10622-088
F. C. I. Butner
P. O. Box 1000
Butner, NC  27509

      Re:    U. S. A. v Dominique D. Calhoun; Case No. 2:11-00175-01

Dear Mr Calhoun:

    I am in receipt of your December 9, 2013 letter requesting a copy of the docket sheet in the referenced matter. Enclosed herewith is a copy of the docket sheet.

                                Sincerely,

                                TERESA L. DEPPNER, Clerk


                       By:_____
                              Deputy Clerk

Enclosure